**Order entered March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01261-CV

## EX PARTE MICHAEL GEROD MCGREGOR

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1459-W**

# ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated October 2, 2014 we notified the Dallas County District Clerk that the clerk's record in this case was overdue and directed the district clerk to file the record within thirty days. Having received no response, by order December 31, 2014 we again notified the Dallas County District Clerk that the clerk's record was overdue and ordered the district clerk to file the clerk's record or written verification that appellant had not been found indigent and had not paid for the record within ten days of the date of the order. By postcard dated October 2, 2014, we notified the court reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. Thereafter, on January 16, 2015, appellant filed an affidavit of indigency in this Court. By letter dated January 20, 2015, we referred the affidavit to the trial court. We directed the Dallas County District Court to inform this Court, by January 30, 2015, in writing if no

contest to the affidavit was filed. To date, neither the clerk's record nor the reporter's record have been filed and we have not received any response from the district court or the court reporter. In order for this appeal to proceed, the matter of the appellate record must be resolved.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file the clerk's record within **TEN DAYS** of the date of this order.

We **ORDER** Darline LaBar, Official Court Reporter for 363rd Judicial District Court, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record. *We notify appellant that if we receive verification he has not requested the reporter's record, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Tracy Holmes
Presiding Judge
363rd Judicial District Court

Felicia Pitre
Dallas County District Clerk

Darline LaBar
Official Court Reporter, 363rd Judicial District Court

/s/    CAROLYN WRIGHT
CHIEF JUSTICE